**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Yusuf SAMORI, Defendant—Appellant.**

**No. 06–10539.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 7, 2007.

Chris A. Thomas, USH—Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Yusuf Samori appeals from the district court's judgment revoking his supervised release and imposing a 12–month sentence.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Samori's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

